UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

              Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

              Defendants.

22-cv-1904 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 15, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
            June 7, 2022

                                    John G. Koeltl
                            United States District Judge