UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIMONE SAMUELS,

              Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

22-cv-1904 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file an amended complaint by July 22, 2022. The defendants should move or answer by August 12, 2022. If there is a motion, the plaintiff should respond by September 2, 2022, and the defendants should reply by September 12, 2022. If there is an answer, the parties should submit a Rule 26(f) report by August 26, 2022. Discovery is stayed pending a decision on any motion to dismiss or the submission of the Rule 26(f) report.

SO ORDERED.

Dated:    New York, New York
            July 7, 2022

                                            John G. Koeltl
                                    United States District Judge