

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  12/13/2023
```

# MEMO ENDORSED

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Elisheva L. Rosen**
*Assistant Corporation Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

December 12, 2023

**BY ECF**
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   <u>Simone Samuels v. City of New York, et al.</u>
            22-CV-01904

Dear Judge Moses:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned proceeding. Defendants write jointly with Plaintiff to respectfully request that the initial case conference, currently scheduled for December 18, 2023, be adjourned. On October 30, 2023, the Honorable John G. Koeltl issued a civil scheduling order outlining the discovery deadlines for the above matter. <u>See</u> ECF Dkt. No. 42. The parties were subsequently referred to mediation and a mediator was assigned on November 13, 2023. The parties have a mediation session scheduled for January 23, 2023. <u>See</u> ECF Dkt. Entry for November 21, 2023. Thus, the parties respectfully request that the initial case conference be rescheduled until after the January 23, 2023 mediation.

      Thank you for your consideration of this matter.

Application GRANTED. The conference scheduled for December 18, 2023, is ADJOURNED *sine die*. Within 7 days of the mediation session, the parties shall submit a joint letter proposing dates for an initial case management conference before Judge Moses. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses
United States Magistrate Judge
December 13, 2023

Respectfully submitted,

            /s/ Elisheva L. Rosen
_____
Elisheva L. Rosen
Assistant Corporation Counsel

1

2

cc: **By ECF**
Masai Lord
Lord Law Group
14 Wall Street, Suite 1603
New York, NY 10005
718-701-1002
lord@nycivilrights.nyc