```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

22-CV-1904 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received plaintiff's letter motion (Dkt. 55) seeking to compel defendants to produce discovery responsive to certain of her document requests, as well as defendant's response. (Def. Ltr.) (Dkt. 56). No reply letter was submitted.

The Court notes that (i) defendant has agreed to supplement its responses by July 11, 2024, and (ii) although the parties have met and conferred with regard to some of the issues raised by plaintiffs, it is apparent from their letters that they have not adequately conferred with respect to all such issues. Consequently,

1. Plaintiff's letter motion is GRANTED to the extent that Judge Moses will hold a discovery conference on **July 16, 2024**, **at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

2. The parties must meet and confer in good faith with respect to *all* of the issues set forth in plaintiff's letter motion.

3. After they have met and conferred, the parties must file a joint reply letter, no later than **noon** on **July 15, 2024**, confirming that that have complied with this Order and describing, succinctly, any disputes that remain for judicial resolution.

Dated: New York, New York
       July 3, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**