USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/16/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

                    Plaintiff,                          22-CV-1904 (JGK) (BCM)

          -against-                                     **ORDER**

CITY OF NEW YORK,

                    Defendant.

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's discovery conference, plaintiff's letter-motion (Dkt. 55) is GRANTED IN PART, with respect to plaintiff's Requests for Production (RFPs) 1, 2, and 11, as follows:

No later than **July 31, 2024**, defendants shall:

(1)     make a reasonable effort to determine whether the New York City Department of Transportation (DOT) or DOT personnel possess any audio or video recordings or transcripts underlying the file that has already been produced in response to RFP 1, update their written response to RFP 1 accordingly, and produce any non-privileged documents responsive to this request;

(2)     respond in writing to plaintiff's revised RFP 2 (concerning the so-called "2018 Incident"); and

(3)     produce any non-privileged documents responsive to plaintiff's RFP 11, but only to the extent that the documents reflect statements made by other workers concerning plaintiff's alleged injury, and update their written response to RFP 11 accordingly.

Defendants are reminded that their responses must comply with Fed. R. Civ. P. 34(b), making clear whether any responsive materials are being withheld.

All relief not expressly granted herein is DENIED.

The Clerk of Court is respectfully directed to close the motions at Dkts. 55, 56, 58.

Dated:  New York, New York                **SO ORDERED**.
        July 16, 2024

                                          _____
                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**