UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

22-CV-1904 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's second letter motion (Dkt. 62) seeking to compel defendants to produce electronically stored information. The Court has also received and has reviewed the first four pages of defendant's response. (Dkt. 63); *see* Moses Ind. Prac. § 1(d). No reply letter was submitted. The Court notes that the parties also raise a disagreement over the scheduling of party and non-party depositions.

    Judge Moses will hold a discovery conference on **October 22, 2024**, **at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Before the conference, the parties must meet and confer in good faith with respect to *all* of the issues set forth in plaintiff's letter motion, including the identities of the requested custodians and the requested date ranges. After they have met and conferred, the parties must file a joint reply letter, no later than **noon** on **October 21, 2024**, confirming that that have complied with this Order and describing, succinctly, any disputes that remain for judicial resolution.

Dated: New York, New York
       October 15, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**