```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/28/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

       Plaintiff,

-against-

CITY OF NEW YORK,

       Defendant.

22-CV-01904 (JAV) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's request to adjourn the settlement conference currently scheduled for April 1, 2025. (Dkt. 85.) Plaintiff's request is hereby GRANTED to the extent that the settlement conference is ADJOURNED *sine die*. However, at the discovery conference discussed below, the Court will revisit the possibility of rescheduling the settlement conference for a date certain

    The Court is also in receipt of defendant's most recent motion to compel, filed March 27, 2025. (Dkt. 86.) In accordance with Moses Ind. Prac. § 2(e), any opposition must be filed no later than **April 1, 2025**, and any reply must be filed no later than **April 3, 2025**. The Court will hold a discovery conference on **April 9, 2025 at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007 to address the parties' outstanding discovery disputes (*see* Dkts. 71, 76, 86.)

    The Clerk of Court is respectfully directed to close the motions at Dkts. 78 and 85.

Dated:  New York, New York       **SO ORDERED.**
       March 28, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**