

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/2/25
```

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MURIEL GOODE-TRUFANT
*Corporation Counsel*

Elisheva L. Rosen
*Litigating Senior Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

April 1, 2025

**BY ECF**
Honorable Barbara Moses
Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>Simone Samuels v. City of New York.</u>, 22-CV-01904

Dear Magistrate Judge Moses:

    In accordance with Rule 2(a) of Your Honor's Individual Practices, I submit this letter on behalf of defendant City of New York ("City"), to respectfully request that the April 9, 2025 in person discovery conference, either be converted to a remote conference or rescheduled for an in-person conference on April 7, 2025. An adjournment is necessary because, on April 9, 2025, I will be leaving on a previously scheduled international vacation and will be unable to attend an in person conference.[1] Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

    Respectfully submitted,

    /s/ Elisheva L. Rosen
    Elisheva L. Rosen
    Litigating Senior Counsel

**CC:**

Honorable Jeannette A. Vargas (by ECF)
United States District Judge

Masai I. Lord (by ECF)
Attorney for Plaintiff

---

[1] I will be out of office April 9, 2025 to April 22, 2025.

---

Application GRANTED to the extent that the Court will ADJOURN the April 9, 2025 discovery conference to **April 23, 2025 at 12:00 p.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

_/s/ Barbara Moses_
Barbara Moses
United States Magistrate Judge
April 2, 2025