```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

22-CV-1904 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' discovery letter motions. (Dkts. 92, 96, 99.) Insofar as the Court can tell, the live discovery issues are:

1) Whether defendant has adequately responded to plaintiff's post-deposition document requests 6, 8, 9, 10, and 11;

2) Whether plaintiff has adequately complied with ¶ 1(a) of the Court's April 23, 2025 discovery and scheduling order (4/23/25 Order) (Dkt. 93), ordering plaintiff to produce updated HIPAA releases for the six medical providers; and

3) Whether plaintiff has adequately complied with ¶ 1(b) of the 4/23/25 Order, ordering plaintiff to respond to defendant's supplemental ESI requests.[1]

Judge Moses will hold a discovery conference to resolve these issues on **May 22, 2025**, **at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007. No later than **May 19, 2025**, plaintiff must provide the Court with the relevant excerpts from the Graham deposition transcript, referred to in document requests 6, 8, 9, 10 and 11.

Dated: New York, New York
       May 13, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] In addition, plaintiff's letter (Dkt. 92) raised concerns regarding the identification of a Rule 30(b)(6) deponent and the scheduling of expert discovery. However, because the Court's 4/23/25 Order addressed both of these issues, and the parties' later letters (Dkts. 96, 99) did not, the Court does not believe that there any live disputes concerning either topic.