

**Lord Law Group PLLC**
14 Wall St., Suite 1603
New York, NY 10005
P: 718-701-1002
E: info@lordlawgroup.com

May 14, 2025

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl St., New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/25
```

RE:   *Samuels v. City of New York*
      22-CV-1904

**MEMO ENDORSED**

Your Honor,

Plaintiff respectfully submits this letter requesting an adjournment of the conference scheduled for May 22, 2025 due to a conflict. I have a conference for another matter on that same date and time. However, I am available after 12:30 on May 22, on May 28, and on May 29. Defendants consent to this adjournment request.

Respectfully submitted,

/s/ Masai I. Lord
_____

Masai I. Lord
*Attorney For Plaintiff*

> Application GRANTED to the extent that the Court will RESCHEDULE the discovery conference currently scheduled for May 22, 2025 at 11:00 a.m., to later the same day, **May 22, 2025 at 2:00 p.m.**
>
> *[signature]*
> _____
> Barbara Moses
> United States Magistrate Judge
> May 15, 2025