UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/25
```

SIMONE SAMUELS,

    Plaintiff,

-against-

CITY OF NEW YORK,

    Defendant.

22-CV-01904 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On May 22, 2025, the Court directed the parties to provide a joint status update letter no later than June 25, 2025. (*See* Dkt. 103 at 3.) They failed to do so. (*See* Dkts. 106, 107.) The parties must file a <u>joint</u> status letter no later than **June 27, 2025 at 12:00 p.m.** The letter must contain a <u>complete</u> description of all unresolved issues between the parties, and must include any exhibits necessary to the Court's resolution of the outstanding disputes. The Court disregards the letters filed at Dkts. 106 and 107.

Dated:  New York, NY
         June 26, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**