

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/27/25

**Lord Law Group PLLC**
14 Wall St., Suite 1603
New York, NY 10005
P: 718-701-1002
E: info@lordlawgroup.com

June 26, 2025

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl St., New York, NY 10007

    RE:    *Samuels v. City of New York*
           22-CV-1904

Your Honor,

Plaintiff must submit this letter requesting additional time, until 5PM to submit the status letter.

Plaintiff's counsel is currently at a funeral.  Plaintiff counsel informed defense counsel that they would be at a funeral today, that he would be unable to meet and confer, and sent to defense counsel Plaintiff's issues to include in the joint letter.

Defense counsel has refused to submit the letter.

Therefore, when Plaintiff returns from the funeral he will sbmit the letter to the court.

Respectfully submitted,

/s/ Masai I. Lord

Masai I. Lord
*Attorney For Plaintiff*

---

Application GRANTED to the extent that the parties' joint letter is due no later than **Monday, June 30, 2025 at 9:00 a.m.** The Clerk of Court is respectfully directed to close the letter-motions at Dkts. 109 and 110. SO ORDERED.

Barbara Moses
United States Magistrate Judge
June 27, 2025