UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

    Plaintiff,

-against-

CITY OF NEW YORK,

    Defendant.

22-CV-01904 (JAV) (BCM)

**DISCOVERY AND SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's conference, the parties must comply with the following expert discovery and summary judgment schedule:

    Plaintiff's expert report(s) must be served no later than **July 31, 2025**. Defendant's expert rebuttal report(s) must be served no later than **August 29, 2025**. Expert depositions, if any, must be completed no later than **September 19, 2025**. The close of all discovery is **September 19, 2025**.

    As a reminder, the previously scheduled status conference will take place on **September 25, 2025, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties' <u>joint</u> status letter is due no later than **September 19, 2025**. *See* Dkt. 93 ¶ 5(f).

    Defendant's motion for summary judgment must be filed no later than **October 31, 2025**. Plaintiff's opposition, and any cross-motion for summary judgment must be filed no later than **December 1, 2025**. Defendant's reply, and any opposition to plaintiff's motion, must be filed no later than **December 22, 2025**. Plaintiff's reply, if any, must be filed no later than **January 5, 2025**.

    Except as modified herein, all provisions of the Court's initial Scheduling Order (Dkt. 52) remain in effect.

    The Clerk of Court is respectfully directed to close the motions at Dkts. 106 and 112.

Dated: New York, NY
       June 30, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**