UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

    Plaintiff,

-against-

CITY OF NEW YORK,

    Defendant.

22-CV-01904 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendant's letter-motion to strike plaintiff's expert report (Dkt. 116), plaintiff's letter-response (Dkt. 117), and defendant's letter-reply (Dkt. 118). The Court will address the issues raised in these letters at the status conference previously scheduled for **September 25, 2025**. (*See* Dkts. 93, 113.)

    The Court reminds the parties that, on April 23, and again on June 30, 2025, they were ordered to provide a joint status update letter no later than September 19, 2025. (*See* Dkts. 93, 113.) They failed to do so. *See* Dkt. 119 (status letter submitted unilaterally by defendant). The parties must file their joint status letter no later than **September 23, 2025 at 5:00 p.m.** The joint status letter must:

1. Contain a complete description of all unresolved issues between the parties;

2. Attach any exhibits necessary to the Court's resolution of the outstanding disputes (including copies of defendant's expert discovery demands served on August 27, 2025 and any responses); and

3. Specify the exact relief each party seeks.

Dated: New York, NY
        September 22, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**