

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/23/25__

**MEMO ENDORSED**

**Lord Law Group PLLC**
14 Wall St., Suite 1603
New York, NY 10005
P: 718-701-1002
E: info@lordlawgroup.com

September 23, 2025

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl St., New York, NY 10007

> Application GRANTED to the extent that the conference currently scheduled for September 25, 2025 is ADJOURNED to **September 26, 2025 at 10:00 a.m.** The parties' **joint** status letter is due no later than **4:00 p.m. on September 25, 2025.** SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> September 23, 2025

RE:  *Samuels v. City of New York*
      22-CV-1904

Your Honor,

Upon information and belief, Defense counsel is away from September 22-24 due to the religious holiday. Therefore, the parties are unable to comply with your order, dated September 22. Please advise if the Court would like to adjourn the conference. If so, Plaintiff is unavailable October 01, 2025.

Respectfully submitted,

/s/ Masai I. Lord

Masai I. Lord
*Attorney For Plaintiff*