UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

Plaintiff,

-against-

CITY OF NEW YORK,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/12/25__

22-CV-01904 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties are reminded that the Court directed them to provide a joint status update letter no later than **December 12, 2025**. (*See* Dkt. 127 at 21.) The parties must file a joint status letter no later than end of day **today, December 12, 2025**. Plaintiff is reminded that compliance with this Court's orders is not optional.

Dated: New York, NY
         December 12, 2025

SO ORDERED.

_____

**BARBARA MOSES**
**United States Magistrate Judge**