

**Lord Law Group PLLC**
14 Wall St., Suite 1603
New York, NY 10005
P: 718-701-1002
E: info@lordlawgroup.com

## MEMO ENDORSED

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  2/11/26

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl St., New York, NY 10007

RE:    *Samuels v. City of New York*
       22-CV-1904

Judge Moses,

Plaintiff respectfully requests that the status conference scheduled for February 17 be adjourned to February, 19, February 24, or another date suitable to the Court.  Defense counsel consents to this request and is available February 19 and 24.

Plaintiff is requesting this adjournment because counsel has a previously scheduled conference before the Honorable Judge Lee Dunst in the Long Island Courthouse of the Eastern District. Due to the distance Plaintiff would be unable to attend both conferences. This is Plaintiff's first request.

Respectfully submitted,

/s/ Masai I. Lord

Masai I. Lord
*Attorney For Plaintiff*

> Application GRANTED. The status conference currently scheduled for February 17, 2026 at 10:00 a.m. is hereby ADJOURNED to **February 19, 2026 at 11:00 a.m.** SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> February 11, 2026