UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

      Plaintiff,

-against-

CITY OF NEW YORK,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/19/26__

22-CV-01904 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed on the record during today's status conference:

1. Plaintiff's counsel confirmed that Dr. Rose will not testify to any medical opinions, and further represented that Dr. Rose's anticipated testimony will be limited to the requests he made to plaintiff's employer (both verbal and written) for accommodations on plaintiff's behalf. Given these limitations, the Court finds no persuasive reason to permit defendant to take Dr. Rose's deposition.

2. No later than **February 27, 2026**, plaintiff must either provide the remaining two HIPAA releases (for Dr. Muntes and Dr. Shue) or confirm that the medical records for those doctors are already included in the hospital (or other provider) records for which plaintiff has already signed releases.

3. Defendant's motion for summary judgment and supporting papers must be filed no later than **April 27, 2026**. Plaintiff's opposition papers, together with any cross-motion for summary judgment, must be filed no later than **June 15, 2026**. Defendant's reply papers in support of its own motion, together with its opposition to plaintiff's cross-motion, if any, must be filed no later than **July 15, 2026**. Plaintiff's reply papers in further support of her cross-motion, if any, must be filed no later than **July 29, 2026**. The parties' motion papers must comply with the individual rules of the Honorable Jeannette A. Vargas, United States

District Judge. Judge Vargas does not require pre-motion letters or a pre-motion conference.

4. If the parties believe that a judicially supervised settlement conference would be productive, they may request such a conference by letter. Before submitting such a letter, the parties may inquire as to the Court's availability by contacting the Courtroom Deputy at 212-805-0228.

Dated: New York, NY
February 19, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2