UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE SAMUELS,

Plaintiff,

-v-

THE CITY OF NEW YORK,

Defendant.

22-CV-01904 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Defendant the City of New York ("the City") moves to strike portions of Plaintiff's opposition to the City's motion for summary judgment and portions of Plaintiff's cross-motion for summary judgment. ECF No. 163 at 1. Federal Rule of Civil Procedure 12(f) states that "[t]he court may strike from a *pleading* an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f) (emphasis added). This rule "excludes motions from the definition of pleadings, and courts in this district have held that Rule 12(f) does not authorize this court to strike documents other than pleadings." *In re AppHarvest Sec. Litig.*, 684 F. Supp. 3d 201, 238 (S.D.N.Y. 2023) (quotation marks omitted) (quoting *Honig v. Hansen*, 2021 WL 4651475, at *3 (S.D.N.Y. Oct. 6, 2021)).

Because the City improperly attempts to strike documents outside the pleadings—and any argument regarding the admissibility of evidence or propriety of Plaintiff's Rule 56.1 Statement should have been made as part of summary judgment briefing—its motion to strike is **DENIED**. The Clerk of Court is respectfully directed to terminate ECF Nos. 163 and 165.

SO ORDERED.

Dated: August 14, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge